THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No.6270
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
tdillard@ocgas.com
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY WARD,<br><br>     Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; TOM JENKINS, #4456, individually and in his official capacity as a police officer; AMANDA FREY, #9113, individually and in her capacity as a police officer; JOHN DOES I through X, and ROE CORPORATIONS I through X, inclusive;<br><br>     Defendants. | 2:13-cv-00769-RFB-GWF |
| RAYMOND HARMON,<br><br>     Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; TOM JENKINS, #4456, individually and in his official capacity as a police officer; AMANDA FREY, #9113, individually and in her capacity as a police officer; JOHN DOES I through X, and ROE CORPORATIONS I through X, inclusive;<br><br>     Defendants. | Case No. 2:13cv1074-APG-NJK |
| JACKIE HUBBARD,<br><br>     Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; TOM JENKINS, | Case No. 2:13cv1211-JCM-GWF |

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

#4456, individually and in his official capacity) )
as a police officer; AMANDA FREY, #9113,  )
individually and in her capacity as a police   )
officer; JOHN DOES I through X, and ROE   )
CORPORATIONS I through X, inclusive;        )
                                                            )
                    Defendants.                          )
_____ )

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs RICKEY WARD, RAYMOND HARMON and JACKIE HUBBARD

("Plaintiffs") and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

AMANDA FREY and TOM JENKINS ("Defendants") (collectively the "Parties"), each acting by

and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro.

41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiffs against Defendants, as

set forth in the Plaintiffs' Complaints, shall be dismissed with prejudice, with each party to bear

their own attorneys' fees and costs.

DATED this 21ST day of ~~September~~ November, 2014.

OLSON, CANNON, GORMLEY                    CONNOR & CONNOR, PLLC
ANGULO & STOBERSKI


_____          _____
THOMAS D. DILLARD, JR., ESQ.             Amanda N. Connor, Esq.
Nevada Bar No. 006270                     2450 St. Rose Pkwy, Ste. 120
9950 West Cheyenne Avenue                 Henderson, Nevada 89074
Las Vegas, Nevada  89129                  Attorney for Plaintiffs
Attorney for Defendants                   Rickey Ward, Raymond Harmon
LVMPD, Amanda Frey                        and Jackie Hubbard
and Tom Jenkins


## ORDER

IT IS SO ORDERED:


_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th of November, 2014.

Page 2 of 2

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701